No. 85–6321.  HENTON *v.* JOB SERVICES.  C. A. 8th Cir. Certiorari denied.

No. 85–6322.  MURRAY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–6327.  WIDEMON *v.* R. J. REYNOLDS TOBACCO CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6338.  KUMAR *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 85–6340.  MATUSAVAGE *v.* MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 85–6341.  SHEHEE *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6344.  MacGUIRE *v.* BOARD OF GOVERNORS FOR THE FLORIDA BAR ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–6345.  TUCKER *v.* ANDERSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 85–6351.  GALVAN *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 85–6354.  BOND *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 85–6359.  DENBY *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 85–6367.  CHOAT *v.* ROME INDUSTRIES, INC., ET AL. C. A. Fed. Cir.  Certiorari denied.

No. 85–6380.  ORTIZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.